

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00128-CR

---

AARON CUMMINGS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1362455D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Aaron Cummings attempts to appeal from his conviction for aggravated sexual assault of a child under fourteen years of age. Cummings pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court convicted Cummings of the offense and sentenced him to twenty years' confinement. The trial court's certification of his right to appeal

---

[1]*See* Tex. R. App. P. 47.4.

states that this case "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On April 22, 2015, we notified Cummings that this appeal may be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before May 4, 2015, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Cummings's responses do not show grounds for continuing the appeal.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 16, 2015